UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT FOR THE STATE OF MICHIGAN
SOUTHERN DIVISION

DIANA RUSSELL

    Plaintiff,

vs.

                                                                  Hon. Paul D. Borman
                                                                   Case No. 03-73871

BRONSON HEATING & COOLING, INC., a
Michigan Corporation, BCN SERVICES URBAN, INC.,
A Michigan Corporation, and ANDREW BRONSON,
an individual, Jointly and Severally

    Defendants.

---

E. Michael Morris
Morris & Doherty, P.C.
Attorneys for Plaintiff
300 Park Street, Suite 485
Birmingham, MI 48009
(248) 642-0300

Marian L. Faupel (P35666)
James Fraser (P57297)
FAUPEL & ASSOCIATES
Attorneys for Defendants Bronson Heating
& Cooling, Inc. and Andrew Bronson
2452 E. Stadium, Suite 301
Ann Arbor, MI 48104
(734) 677-0776

                                                                   **FILED**

                                                             DEC 6 - 2005
                                                         CLERK'S OFFICE
                                                 U.S. DISTRICT COURT
                                                  EASTERN MICHIGAN

---

### ORDER

    This matter came to be heard upon the joint motion of the parties pursuant to Fed. R. Cir P. 60(b), as contemplated in <u>First National Bank of Salem, Ohio v. Hirsch</u>, 535 F.2d 343 (6th Cir. 1976), asking this Court to set aside its Order Granting Plaintiff's Petition for Attorney Fees dated June 6, 2005.

Considering the parties desire to settle and the entire record, the Court is of the opinion, and so finds, that should the case be remanded to it by the Court of Appeals for the Sixth Circuit, this Court is inclined to grant the relief requested.

**IT IS, THEREFORE, ORDERED BY THE COURT** that if this case is remanded to the District court by the Court of Appeals, this court is disposed to grant the parties' 60(b) motion.

ENTERED this \_\_6\_\_ day of \_\_December\_\_, 2005

Hon. Paul D. Borman
District Court Judge